# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-1964
Lower Tribunal No. F15-24199

————————————

**Fredrick Clark,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariel Rodriguez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General and Daniel Colmenares, Assistant Attorney General, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Roundtree v. State</u>, 955 So. 2d 1184, 1186 (Fla. 3d DCA 2007) ("For a trial court to revoke probation based on a violation of a condition of probation, the State must prove by a preponderance of the evidence that the defendant willfully and substantially violated that condition."); <u>Smith v. State</u>, 329 So. 3d 256, 257 (Fla. 1st DCA 2021) (holding that on review of an order revoking probation, the appellate court first examines whether competent substantial evidence supports the trial court's finding of a willful and substantial violation).